COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, SBN 130584
Email: laura.inlow@cdiglaw.com
Lenore C. Kelly, SBN 170891
Email: lenore.kelly@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendant, COUNTY OF LOS ANGELES, JASEN TAPIA, RAYMOND ROMERO SOTO, TIMOTHY GARCIA, JULIO CHAVEZ RUIZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GLORIA SANCHEZ GALLEGOS, Individually and as successor in Interest to AGUSTIN FLORES SANCHEZ<br><br>Plaintiff<br><br>v.<br><br>COUNTY OF LOS ANGELES, a municipal entity; JASEN TAPIA, an Individual; RAYMOND ROMERO SOTO, an Individual; TIMOTHY GARCIA, an Individual; JULIO CHAVEZ RUIZ, an Individual ; and DOES 1 through 10, Inclusive. | CASE NO.: 2:23-CV-00112<br>Action Filed: January 9, 2023<br><br>**DEFENDANTS' NOTICE OF REQUEST FOR REMOVAL OF ACTION UNDER 28 U.S.C. 1441(b) (FEDERAL QUESTION); DECLARATION OF LENORE KELLY** |

PLEASE TAKE NOTICE that Defendants, COUNTY OF LOS ANGELES, JASEN TAPIA, RAYMOND ROMERO SOTO, TIMOTHY GARCIA, JULIO CHAVEZ RUIZ hereby request to remove to this Court,  the State Court action described below, pursuant to the provisions of 28 U.S.C. § 1441(b), on the basis of a federal question as follows:

---

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

1. On December 21, 2022 an action was filed in the Superior Court of the State of California in and for the County of Los Angeles entitled *Gloria Sanchez Gallegos vs. County of Los Angeles, et al.* Case No. 22CMCV00728. A true and correct copy of the complaint is attached hereto as Exhibit "A".

2. The summons and complaint were served on Defendant County of Los Angeles on or about December 22, 2022. As such, this Notice is timely pursuant to 28 U.S.C. Section 1446(b) as it is being filed within thirty (30) days of the date that the Summons and Complaint was served on Defendant.

3. This action is a civil rights action of which this Court has original jurisdiction under 28 U.S.C. Sections 1331 and 1443 and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. Sections 1441 (a) and (c).  The claims arise under 28 USC §1983 and include supplemental State Common Law and State Statutory Law under CA Civil Code §52.1 and §51.7.

4. No further proceedings have been had in this matter in the Superior Court of Los Angeles County –Central Judicial District, California.

5. A true and correct copy of Defendant's Request for Removal is being filed with the Clerk for the Superior Court of Los Angeles County – Compton Courthouse, California and served upon Plaintiff, as required by 28 U.S.C. Section 1446(d).  A copy of Defendant's Notice to the Superior Court is attached hereto as Exhibit "B".

6. The undersigned counsel for Defendant has read the foregoing and signs this Notice of Request for Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure as required by 28 U.S. C. Section 1446(a).

//

//

//

//

//

-2-
DEFENDANTS' NOTICE OF  NOTICE OF REQUEST FOR REMOVAL OF ACTION
UNDER 28 U.S.C. 1441(b) (FEDERAL QUESTION); DECLARATION OF LENORE KELLY

WHEREFORE, Defendant prays that Case No. 22CMCV00728, now pending in the Superior Court of the State of California for the County of Los Angeles, be removed therefrom to this Court.

DATED:  January 9, 2023          COLLINSON, DAEHNKE, INLOW & GRECO

By: _____

Laura E. Inlow, Esq.
Lenore C. Kelly, Esq.
Attorneys for Defendants, COUNTY OF LOS ANGELES, JASEN TAPIA, RAYMOND ROMERO SOTO, TIMOTHY GARCIA, JULIO CHAVEZ RUIZ

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

DEFENDANTS' NOTICE OF  NOTICE OF REQUEST FOR REMOVAL OF ACTION UNDER 28 U.S.C. 1441(b) (FEDERAL QUESTION); DECLARATION OF LENORE KELLY

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

## **DECLARATION OF LENORE C. KELLY**

I, Lenore Kelly, declare as follows:

1. I am an attorney at law, licensed to practice before the State and Federal Courts of California.  I am a partner at Collinson, Daehnke, Inlow & Greco, attorneys of record herein for Defendant, County of Los Angeles.  I have personal knowledge of the contents of this declaration and if called upon, I could and would competently testify thereto.

2. *Gloria Sanchez Gallegos vs. County of Los Angeles, et al.* is a civil rights action of which this Court has original jurisdiction as it arises under the laws of the United States under 28 U.S.C. Sections 1331 and 1343.  Furthermore, this is an action which may be removed to this Court by Defendant pursuant to 28 U.S.C. 1441 (a) and (c) which provide for the removal of any civil action without regard to citizenship or residence of the parties because the causes of action arise under 42 U.S.C. §1983, and include supplemental State Common Law Claims and State Statutory Claims under  CA Civil Code §52.1 Bane Act and §57.1 Ralph Act.

3. I have been advised by the County of Los Angeles service was affected on the County on or about December 22, 2022.  The individual deputy defendants were employed by the County of Los Angeles at all times relevant and the state of service of process is unknown at this time.  I will be appearing for the County and the individual Defendants.

-4-
DEFENDANTS' NOTICE OF  NOTICE OF REQUEST FOR REMOVAL OF ACTION
UNDER 28 U.S.C. 1441(b) (FEDERAL QUESTION); DECLARATION OF LENORE KELLY

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 9th day of January 2023, at Torrance, California.

_____
Lenore C. Kelly, Declarant

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

DEFENDANTS' NOTICE OF  NOTICE OF REQUEST FOR REMOVAL OF ACTION UNDER 28 U.S.C. 1441(b) (FEDERAL QUESTION); DECLARATION OF LENORE KELLY

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

## PROOF OF SERVICE

GLORIA SANCHEZ GALLEGOS VS COUNTY OF LOS ANGELES, ET AL.

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 21515 Hawthorne Blvd., Suite 800, Torrance, California 90503.

On January 9, 2023, I served the following document described as: **DEFENDANTS' NOTICE OF  NOTICE OF REQUEST FOR REMOVAL OF ACTION UNDER 28 U.S.C. 1441(b) (FEDERAL QUESTION); DECLARATION OF LENORE KELLY**all interested parties in this action by placing  [X] a true copy [   ] the original thereof enclosed in sealed envelopes addressed as follows:

### *Attorneys for Plaintiffs*

| | |
|---|---|
| Christian Contreras Esq.<br>THE LAW OFFICES OF CHRISTIAN CONTRERAS<br>360 E. 2nd Street, 8th Floor<br>Los Angeles, CA 90012<br>Tel: (323) 435-8000<br>Fax: (323) 597-0101<br>Email: cc@contreras-law.com<br>Email: lc@contreras-law.com | Joel G. Garcia Esq.<br>Heriberto Veliz Esq.<br>GARCIA LAW GROUP<br>714 W. Olympic Blvd, Suite 910<br>Los Angeles, CA 90015<br>Tel: (323) 419-5175<br>Fax: 888-391-2152<br>Email: joel@garcialawgrouppc.com<br>Email: hveliz@velizlegal.com |

[X]    (BY MAIL)

[X]    I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Torrance, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

[X]    (BY EMAIL)

[X]    By transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth above or on the attached mailing list, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

Executed on January 9, 2023 at Torrance, California.

_____
Adriana Dori

-6-
DEFENDANTS' NOTICE OF  NOTICE OF REQUEST FOR REMOVAL OF ACTION
UNDER 28 U.S.C. 1441(b) (FEDERAL QUESTION); DECLARATION OF LENORE KELLY