COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, SBN 130584
Email: laura.inlow@cdiglaw.com
Lenore C. Kelly, SBN 170891
Email: lenore.kelly@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendants, COUNTY OF LOS ANGELES, JASEN TAPIA, RAYMOND ROMERO SOTO, TIMOTHY GARCIA, and JULIO CHAVEZ RUIZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| GLORIA SANCHEZ GALLEGOS, Individually and as successor in Interest to AGUSTIN FLORES SANCHEZ<br><br>Plaintiff<br><br>v.<br><br>COUNTY OF LOS ANGELES, a municipal entity; JASEN TAPIA, an Individual; RAYMOND ROMERO SOTO, an Individual; TIMOTHY GARCIA, an Individual; JULIO CHAVEZ RUIZ, an Individual ; and DOES 1 through 10, Inclusive. | CASE NO.: 2:23-cv-00112-ODW-RAO<br><br>**DEFENDANT COUNTY OF LOS ANGELES' ANSWER TO FIRST AMENDED COMPLAINT and DEMAND FOR JURY TRIAL**<br><br>FAC Filed:  January 22, 2023<br>Trial Date: TBD |
|---|---|

**TO THE HONORABLE COURT, PLAINTIFFS AND THEIR ATTORNEY OF RECORD:**

COME NOW Defendant COUNTY OF LOS ANGELES and answering Plaintiff's First Amended Complaint for itself and for no other parties, admits, denies and alleges as follows:

-1-
DEFENDANT COUNTY OF LOS ANGELES' ANSWER TO FIRST AMENDED COMPLAINT

# INTRODUCTION

1. Answering paragraph 1, Defendant denies the allegations of egregious violations of State and Federal rights and admits on information and belief the date of incident. The remainder of the paragraph is declaratory in nature.

2. Answering paragraph 2, Defendant admits the Decedent, AGUSTIN FLORES SANCHEZ (hereinafter 'DECEDENT") died on the date of incident but lacks sufficient information to admit or deny the remainder of the allegations and on this basis denies.

3. Answering paragraph 3, Defendant admits the individual defendants, employment by the COUNTY OF LOS ANGELES as sheriff deputies and denies the remainder of the allegations.

4. Answering paragraph 4, it is declaratory in nature and no allegations are stated therein.

# JURISDICTION AND VENUE

5. Answering paragraph 5, Defendant admits jurisdiction with this court is proper under 28 U.S.C. §§1331 and 1343, having removed the originally filed action under §1441(a) and (c) because the causes of action arise under 42 U.S.C. §1983 and includes supplemental jurisdiction over the State statutory claims.

6. Answering paragraph 6, Defendant admits venue is proper as to itself, and admits on information and belief the venue is proper as to the location of the alleged incident.

7. Answering paragraph 7, Defendant admits on information and belief the compliance with the Government Claim Statute as to itself, and the causes of action timely within the applicable State statutes of limitation.

## PARTIES

8. Answering paragraph 8, Defendant admits on information and belief the stated capacities in which Plaintiff is bringing this action and Plaintiff's location of residence.

9. Answering paragraph 9, Defendant admits its entity status and that of the Los Angeles Sheriff's Department to operate within the County and the County's capacity operate within the State.

10. Answering paragraph 10, Defendant admits the named individual defendants were employed by the Los Ange Sheriff's Department as Sheriff's deputies on the date of incident .

11. Answering paragraph 11, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

12. Answering paragraph 12, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

13. Answering paragraph 13, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

14. Answering paragraph 14, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

15. Answering paragraph 15, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

## STATEMENT OF FACTS

16. Answering paragraph 16, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

17. Answering paragraph 17, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

18. Answering paragraph 18, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

19.	Answering paragraph 19, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

20.	Answering paragraph 20, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

21.	Answering paragraph 21, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

22.	Answering paragraph 22, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

23.	Answering paragraph 23, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

## FIRST CAUSE OF ACTION

### FOR UNREASONABLE AND EXCESSIVE FORCE

### (42 U.S.C. §1983)

### Against Named Individual Defendants

24.	Answering paragraph 24, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

25.	Answering paragraph 25, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

26.	Answering paragraph 26, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

27.	Answering paragraph 27, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

28.	Answering paragraph 28, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

29.	Answering paragraph 29, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

30. Answering paragraph 30, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

31. Answering paragraph 31, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

32. Answering paragraph 32, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

## SECOND CAUSE OF ACTION

## FOR DEPRIVATION OF SUBSTANTIVE DUE PROCESS - INTERFERENCE WITH FAMILIAL ASSOCIATION

## (42 U.S.C. §1983)

### Against Named Individual Defendants

33. Answering paragraph 33, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

34. Answering paragraph 34, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

35. Answering paragraph 35, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

36. Answering paragraph 36, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

37. Answering paragraph 37, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

38. Answering paragraph 38, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

39. Answering paragraph 39, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

40. Answering paragraph 40, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

41. Answering paragraph 41, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

### THIRD CAUSE OF ACTION

### FOR MUNICIPAL LIABILITY – UNCONSTITUTIONAL POLICIES, CUSTOMS OR PRACTICES

### (42 U.S.C. §1983)

**Against Defendants COUNTY OF LOS ANGELES and Does 1-10**

42. Answering paragraph 42, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

43. Answering paragraph 43, no allegations are stated therein.

44. Answering paragraph 44, admit as to the employment of the individual deputy defendants for the County, and Defendant lacks sufficient information to admit or deny the remainder of the allegations and on this basis denies.

45. Answering paragraph 45, no allegations are stated therein.

46. Answering paragraph 46, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

47. Answering paragraph 47, Defendant denies the allegations.

48. Answering paragraph 48, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

49. Answering paragraph 49, Defendant denies the allegations.

50. Answering paragraph 50, Defendant denies the allegations.

51. Answering paragraph 51, Defendant denies the allegations.

52. Answering paragraph 52, Defendant denies the allegations.

53. Answering paragraph 53, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

54. Answering paragraph 54, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

# FOURTH CAUSE OF ACTION

## FOR MUNICIPAL LIABILITY – FAILURE TO TRAIN

### (42 U.S.C. §1983)

**Against Defendants COUNTY OF LOS ANGELES and Does 1-10**

55. Answering paragraph 55, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies

56. Answering paragraph 56, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

57. Answering paragraph 57, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

58. Answering paragraph 58, Defendant admits the named deputies were employed by the LA Sheriff's Department at all relevant times and lacks sufficient information to admit or deny the remainder of the allegations and on this basis denies.

59. Answering paragraph 59, Defendant denies the allegations.

60. Answering paragraph 60, no allegations are stated therein.

61. Answering paragraph 61, Defendant denies the allegations.

62. Answering paragraph 62, Defendant denies the allegations.

63. Answering paragraph 63, Defendant denies the allegations.

64. Answering paragraph 64, Defendant denies the allegations.

# FIFTH CAUSE OF ACTION

## FOR ASSAULT & BATTERY

**Against Named Individual Defendants**

65. Answering paragraph 65, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

66. Answering paragraph 66, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

67. Answering paragraph 67, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

68. Answering paragraph 68, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

69. Answering paragraph 69, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

70. Answering paragraph 70, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

71. Answering paragraph 71, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

## SIXTH CAUSE OF ACTION

### FOR NEGLIGENCE

### Against Named Individual Defendants

72. Answering paragraph 72, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

73. Answering paragraph 73, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

74. Answering paragraph 74, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

75. Answering paragraph 75, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

76. Answering paragraph 76, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

77. Answering paragraph 77, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

78. Answering paragraph 78, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

79. Answering paragraph 79, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

80. Answering paragraph 80, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

81. Answering paragraph 81, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

82. Answering paragraph 82, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

## SEVENTH CAUSE OF ACTION

## FOR VIOLATION OF THE TOM BANE CIVIL RIGHTS ACT

### (Cal. Civ. Code §52.1)

### Against Named Individual Defendants

83. Answering paragraph 83, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

84. Answering paragraph 84, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

85. Answering paragraph 85, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

86. Answering paragraph 86, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

87. Answering paragraph 87, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

88. Answering paragraph 88, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

89. Answering paragraph 89, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

90. Answering paragraph 90, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

91. Answering paragraph 91, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

92. Answering paragraph 92, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

93. Answering paragraph 94, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

94. Answering paragraph 94, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

## EIGHTH CAUSE OF ACTION

## FOR VIOLATION OF THE RALPH CIVIL RIGHTS ACT

### (Cal. Civ. Code §51.7)

### Against Named Individual Defendants

95. Answering paragraph 95, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

96. Answering paragraph 96, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

97. Answering paragraph 97, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

98. Answering paragraph 98, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

99. Answering paragraph 99, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

100. Answering paragraph 100, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

101. Answering paragraph 101, Defendant lacks sufficient information to admit or deny the allegations and on this basis denies.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendants allege each of the following:

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' decedent had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.

### SECOND AFFIRMATIVE DEFENSE

Defendants sued in their official capacities are immune from the imposition of punitive damages.

### THIRD AFFIRMATIVE DEFENSE

Defendants allege that neither the First Amended Complaint on file in this action, nor any of the alleged causes of action therein, state facts sufficient to constitute a cause of action on which relief can be granted against Defendants.

### FOURTH AFFIRMATIVE DEFENSE

The arrest of Plaintiffs' decedent was based on probable cause.

### FIFTH AFFIRMATIVE DEFENSE

The detention of Plaintiff's decedent was based on reasonable suspicion.

### SIXTH AFFIRMATIVE DEFENSE

Any injury or damage suffered was due to or caused solely by reason of Plaintiffs' decedent's wrongful acts and conduct, and not by reason of any wrongful acts or omissions of defendants.

### SEVENTH AFFIRMATIVE DEFENSE

The individual defendants acted within the applicable standard of care.

### EIGHTH AFFIRMATIVE DEFENSE

The individual defendants assert self-defense and defense of others.

### NINTH AFFIRMATIVE DEFENSE

As to the federal claims and theories of recovery, any individual County defendants are protected from liability under the doctrine of qualified immunity, because defendants' conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

### TENTH AFFIRMATIVE DEFENSE

That Plaintiff's First Amended Complaint on file herein, and the whole thereof, including every purported cause of action and damages therein, fails to establish an entitlement to punitive damages.

### ELEVENTH AFFIRMATIVE DEFENSE

If there was a violation, individual defendants are entitled to qualified immunity because their conduct was reasonable based upon the information that they possessed. Defendants reasonably believed "in good faith" that what they did was lawful and appropriate, and relied upon information provided to them. Moreover, they acted under a reasonable, even if mistaken, good faith belief that what they did was reasonable, appropriate and lawful. Also, mere negligence is an insufficient predicate upon which to base a Constitutional violation.

### TWELFTH AFFIRMATIVE DEFENSE

There was no meeting of the minds among Defendants to violate decedent's rights. Moreover, Defendants are all employees of the County of Los Angeles who did not and could not conspire with one another pursuant to the intra-corporate conspiracy doctrine.

### THIRTEENTH AFFIRMATIVE DEFENSE

Defendants presently have insufficient knowledge or information upon which to form a belief as to whether defendants may have additional affirmative defenses to plaintiff's First Amended Complaint. Defendants reserve the right to assert additional defenses up to the time of trial in the event that discovery indicates that such affirmative defenses are appropriate.

## DEMAND FOR JURY TRIAL

Defendants hereby demand and request a trial by jury in this matter.

WHEREFORE, Defendants pray for judgment as follows:

1. That Plaintiffs take nothing by this action;

2. That the action be dismissed;

3. That Defendants be awarded the costs of suit;

4. That Defendants be awarded other and further relief as the Court may deem just and proper.

DATED: January 27, 2023    COLLINSON, DAEHNKE, INLOW & GRECO

By: _____
Laura E. Inlow, Esq.
Lenore C. Kelly, Esq.
Attorneys for Defendants, COUNTY OF LOS ANGELES, JASEN TAPIA, RAYMOND ROMERO SOTO, TIMOTHY GARCIA, and JULIO CHAVEZ RUIZ