Christian Contreras, Esq., (SBN 330269)
 *CC@Contreras-Law.com*
**THE LAW OFFICES OF CHRISTIAN CONTRERAS,
PROFESSIONAL LAW CORPORATION**
360 E. 2nd St. 8th Floor,
Los Angeles, CA  90012
Tel: (323) 435-8000 | Fax: (323) 597-0101

Joel G. Garcia Esq.
 *joel@garcialawgrouppc.com*
**GARCIA LAW GROUP**
714 W. Olympic Blvd, Suite 910
Los Angeles, CA 90015
Tel: (323) 419-5175 | Fax: 888-391-2152

Attorneys for Plaintiff,
GLORIA SANCHEZ GALLEGOS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLORIA SANCHEZ GALLEGOS, Individually and as successor in Interest to AGUSTIN FLORES SANCHEZ<br><br>　　　　　　　Plaintiff<br>　v.<br>COUNTY OF LOS ANGELES, a municipal entity; JASEN TAPIA, an Individual; RAYMOND ROMERO SOTO, an Individual; TIMOTHY GARCIA, an Individual; JULIO CHAVEZ RUIZ, an Individual ; and DOES 1 through 10, Inclusive.<br><br>　　　　　　　Defendant | **CASE NO.: 2:23-cv-00112-ODW-RAO**<br><br>**NOTICE OF SETTLEMENT** |

---

1

**NOTICE OF SETTLEMENT**

**TO THE CLERK OF THE COURT, THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Plaintiff GLORIA SANCHEZ GALLEGOS, Individually and as successor in Interest to AGUSTIN FLORES SANCHEZ and Defendants COUNTY OF LOS ANGELES, JASEN TAPIA, RAYMOND ROMERO SOTO, TIMOTHY GARCIA, and JULIO CHAVEZ RUIZ hereby give notice pursuant to Local Rule 16-15.7 and Local Rules 40-2 that the Plaintiff and all Defendants have settled this case as to all parties and all causes of action.

This settlement requires the approval by the County of Los Angeles Claims Board and the County of Los Angeles Board of Supervisors which it is understood may take approximately nine (9) months. In the interim, Defendants' counsel has drafted the Settlement Agreement, Plaintiff has signed it and Plaintiff's counsel has returned the signed Settlement Agreement to Defendants' counsel.

After the payment of the settlement funds, provided the settlement is approved, the parties thereafter expect to file a Stipulation for Dismissal with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii).

Finally, the Parties jointly request that the current dates set in the case be vacated.

Dated: June 6, 2023         **LAW OFFICES OF CHRISTIAN CONTRERAS**
                            **PROFESSIONAL LAW CORPORATION**

                            By: _____
                            CHRISTIAN CONTRERAS
                            Attorney for Plaintiff,
                            GLORIA SANCHEZ GALLEGOS