Christian Contreras, Esq., (SBN 330269)
  CC@Contreras-Law.com
**THE LAW OFFICES OF CHRISTIAN CONTRERAS,
PROFESSIONAL LAW CORPORATION**
360 E. 2nd St. 8th Floor,
Los Angeles, CA  90012
Tel: (323) 435-8000 | Fax: (323) 597-0101

Joel G. Garcia Esq.
  joel@garcialawgrouppc.com
**GARCIA LAW GROUP**
714 W. Olympic Blvd, Suite 910
Los Angeles, CA 90015
Tel: (323) 419-5175 | Fax: 888-391-2152

Attorneys for Plaintiff,
GLORIA SANCHEZ GALLEGOS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA SANCHEZ GALLEGOS, Individually and as successor in Interest to AGUSTIN FLORES SANCHEZ<br><br>                    Plaintiff<br>     v.<br><br>COUNTY OF LOS ANGELES, a municipal entity; JASEN TAPIA, an Individual; RAYMOND ROMERO SOTO, an Individual; TIMOTHY GARCIA, an Individual; JULIO CHAVEZ RUIZ, an Individual; and DOES 1 through 10, Inclusive.<br><br>                    Defendant | **CASE NO.: 2:23-cv-00112-ODW-RAO**<br><br>**STIPULATION FOR DISMISSAL** |

1
**STIPULATION FOR DISMISSAL**

**TO THE CLERK OF THE COURT, THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Plaintiff GLORIA SANCHEZ GALLEGOS hereby stipulates under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: June 12, 2024        **LAW OFFICES OF CHRISTIAN CONTRERAS**
                            **PROFESSIONAL LAW CORPORATION**

                    By:  _____
                            CHRISTIAN CONTRERAS
                            Attorney for Plaintiff,
                            GLORIA SANCHEZ GALLEGOS


DATED:  June 12, 2024        **COLLINSON, DAEHNKE, INLOW & GRECO**


                    By:  */s/Lenore C. Kelly*_____
                            Laura E. Inlow, Esq.
                            Lenore C. Kelly, Esq.
                            Attorneys for Defendants,
                            COUNTY OF LOS ANGELES, JASEN
                            TAPIA, RAYMOND ROMERO SOTO,
                            TIMOTHY GARCIA, and JULIO CHAVEZ
                            RUIZ

**STIPULATION FOR DISMISSAL**